UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                    CASE NO. 8:09-CR-571-T-17TBM

JOFFRE ALOUSO PLAZA-AREVALO.

_____/

ORDER

This cause is before the Court on:

Dkt. 242 Motion for Copies and to Proceed IFP
Dkt. 243 Motion for Copies

Defendant Joffre Alouso Plaza-Arevalo was sentenced before the undersigned on 5/27/2010, and a judgment was entered on 5/28/2010 (Dkts. 150, 160).

Defendant Plaza-Arevalo has requested copies of the plea agreement, sentencing transcript, updated docket sheet and a Sec. 2255 form. The Clerk of Court has provided a Sec. 2255 form and an updated docket sheet to Defendant. Defendant has filed an additional request for a copy of the indictment, plea agreement and sentencing transcript.

Since Defendant Plaza-Arevalo has not yet filed a Section 2255 motion, he is not entitled to the documents he has requested free of charge. Any motion to proceed IFP should be provided to the Court when Defendant Plaza-Arevalo files the Section 2255 motion. See Walker v. United States, 424 F.2d 278 (5th Cir. 1970); United States v. Anderson, No.2:94cr163, 1997 WL 138970

Case No. 8:09-CR-571-T-17TBM

(E.D. Va. Mar. 14, 1997)("there is no constitutional requirement that an indigent collaterally attacking a conviction or sentence be supplied with court documents at government expense without a show of a 'particularized need' for the documents"; [t]o grant this request at this juncture would only encourage a 'fishing expedition' by defendant at the expense of the government.:); U.S. v. Reed, CRIM. No. 88-468-01, 1989 WL 14093 (E.D. Pa. Nov. 17, 1989)(before the court may order the clerk of court to provide a person with documents under section 2250, several requirements must be met: 1) the filing of a petition for writ of habeas corpus; 2) a court order allowing the petitioner to proceed in forma pauperis; 3) the filing of a request for documents in which the habeas petition has been filed; and 4) a sufficient explanation of the need for the documents requested so that the court can determine the necessity of providing the requested documents); United States v. Ali, CRIM. A. No. 86-441, 1988 WL 86785 (E.D. La. July 26, 1988)(where the defendant has not filed a section 2255 motion or a petition for writ of habeas corpus, a federal prisoner is not entitled to obtain copies of court records at Government expense for the purpose of searching the record for a possible error.). Defendant Plaza-Arevalo may obtain copies of the requested documents by providing the Clerk's office with the appropriate copying charges. Accordingly, it is

**ORDERED** that the Motion for Copies and to Proceed IFP is **denied** without prejudice (Dkt. 242), and the Motion for Copies is **denied** without prejudice (Dkt. 243).

2

Case No. 8:09-CR-571-T-17TBM

**DONE AND ORDERED** in Chambers, in Tampa, Florida on this 3RD day of May, 2011.

*[signature]*
ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record